UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ESTEPHAN DAHER,                                          CASE NO: 14-30709-KKS
                                                         CHAPTER 7

        ALLEGED DEBTOR.

_____/

        <u>NOTICE OF FILING AMENDED LIST OF §303 CREDITORS</u>

        COMES NOW Alleged Debtor, ESTEPHAN DAHER, by and through his undersigned

counsel and after conducting discovery and the taking of the Alleged Debtor's deposition in this

matter files the attached amended list of §303 Creditors as supplement to his Response Contesting

the Involuntary Petition.  This amended list removes Southeastern Municipal Supply Company and

Commercial Billing Service from the original list and adds Butros and Souad Morcos and Ben

Anderson-Okaloosa County Tax Collector leaving the total creditors still at 16.

                        CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a copy of the foregoing has been sent to Robin B. Cheatham,

Esq.,  Attorney for Petitioner, robin.cheatham@arlaw.com vicki.owns@arlaw.com and Jason M.

Osborn at josborn@osborngroupllc.com and the Office of the United States Trustee at

USTPRegion21.TL.ECF@usdoj.gov by electronic delivery this 4th day of December, 2014.

                                ANCHORS SMITH GRIMSLEY
                                A Professional Limited Company


                                _____
                                SHIRAZ A. HOSEIN, ESQ.
                                Florida Bar No. 0492701
                                sahosein@asglegal.com
                                909 Mar Walt Drive, Suite 1014
                                Fort Walton Beach, Florida   32547
                                (850) 863-4064
                                (850) 664-5728 fax

                                Attorney for Alleged Debtor

**ESTEPHAN DAHER**
**CASE NUMBER 14-30709-KKS**
**AMENDED LIST OF §303 CREDITORS**

1.  Andrea Farrell
    200 Calusa Blvd., Suite 100
    Destin, FL 32541
    $100,000.00 - This is a personal loan.

2.  Florida Dept. of Revenue
    Child Support Enforcement
    2450 Shumard Oak Blvd.
    Tallahassee, FL 32399
    $600.00 - The alleged debtor owes this monthly for child support.

3.  Guenter Kurz
    304 Noble Faire Drive
    Sun City Center, FL 33573
    $70,000.00 - This is a personal loan given to the alleged debtor.

4.  IRS
    P.O. Box 7346
    Philadelphia, PA 19101
    $21,000.00 - This is prior personal taxes owed by the alleged debtor.

5.  Morcos Development, LLC
    4726 Beachside Way
    Miramar Beach, FL 32550
    Principal $25,000.00 - This creditor has a mortgage against the alleged debtor's personal residence and homestead located at 4507 Boca Drive, Niceville, FL 32578.

6.  Butros and Souad Morcos
    3 Babes Way
    Stouffville, Ontario Canada L4A 0K3
    Principal: $225,000.00 - This creditor has a mortgage against the alleged debtor's personal residence and homestead located at 4507 Boca Drive, Niceville, FL 32578

7.  Jayanta Ghosh
    485 Mary Esther Blvd.
    Mary Esther, FL 32569
    $200,000.00 - This is a personal loan of the alleged debtor.

Page 1 of 3

8.      Antoine Khalil
        280 N. Lorraine Drive
        Mary Esther, FL 32569
        $35,000.00 - This is a personal loan of the alleged debtor.

9.      Tony Bedron
        303 Prudence Lane
        Panama City, FL 32408
        $143,000.00 - This is a personal loan of the alleged debtor.

10.     Tanuja Schafer
        4632 Sunset Pointe
        Destin, FL 32541
        $22,500.00 - This is a personal loan of the alleged debtor.

11.     Allegheny Casualty Company
        One Newark Center, 20th Floor
        Newark, NJ 07102
        $147,658.45 - Creditor obtained a judgment against alleged debtor in Northern District of
                Florida in 2014.

12.     Mark A. Violette, P.A.
        4405 Commons Drive East, Suite 102
        Destin, FL 32541
        $2,119.00 - This is a personal debt of attorneys fees owed by the alleged debtor.

13.     Capital One
        P.O. Box 650010
        Dallas, TX 75265
        $3,000.00 - This is a personal credit card of the alleged debtor.

14.     Elie Karam
        5239 Long Island Drive
        Atlanta, GA 30327
        $10,000.00 - This is a personal loan of the alleged debtor.

15.     Assi Yacoub
        1152 Columbus Circle
        Andrews AFB, MD 20762
        $75,000.00 - This is a personal loan of the alleged debtor.

16. Ben Anderson - Okaloosa County Tax Collector
P.O. Box 1390
Niceville, FL 32588
$2,358.76 due for 2013
$2,021.70 due for 2014
Real property taxes for alleged Debtor's homestead at 4507 Boca, Niceville.