UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ESTEPHAN DAHER, | § | CASE NO. 14-30709-KKS |
| | § | |
| Alleged Debtor | § | |

**STATEMENT OF THE PARTIES PURSUANT TO THE FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER OVERRULING ALLEGED DEBTOR'S OBJECTION TO INVOLUNTARY PETITION FILED BY HCB FINANCIAL CORPORATION AS A SINGLE CREDITOR [Doc. 42]**

I hereby certify that I have, in good faith, pursuant to the Findings of Fact, Conclusions of Law and Order Overruling Alleged Debtor's Objection to Involuntary Petition Filed by HCB Financial Corporation as a Single Creditor (Doc. 42), have conferred with counsel for the Alleged Debtor. Counsel for HCB Financial Corporation and counsel for the Alleged Debtor have determined that they require one half day for the Court to conduct an evidentiary hearing to determine whether HCB's claim is contingent as to liability or is subject to a bona fide dispute as to liability or amount.

Respectfully submitted,

**ADAMS AND REESE LLP**

By: */s/Robin B. Cheatham*
ROBIN B. CHEATHAM, La Bar No. 4004.
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
*Attorneys for HCB Financial Corporation*

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing pleading has been served upon all parties listed below via the court's CM/ECF electronic filing system on this 29th day of June, 2015.

- Robin B. Cheatham  robin.cheatham@arlaw.com, vicki.owens@arlaw.com
- Shiraz Ali Hosein  sahosein@asglegal.com
- Jason Michael Osborn  josborn@osborngroupllc.com, notices@osborngroupllc.com
- United States Trustee  USTPRegion21.TL.ECF@usdoj.gov

               */s/Robin B. Cheatham*
               Robin B. Cheatham